## BARKLEY TOWNSEND *vs.* ROBERT HOUSTON.

Plaintiff having left the state after suit brought, ordered to give security for costs.

In this case a motion was made that the plaintiff give security for costs, founded on an affidavit stating that the plaintiff, since action brought, had left the state, and it was not known where he was, or who was conducting the suit for him.

The Court, considering the case as falling within the equity of the *thirty-eighth* rule of court, (post, p. 164.) though not within its terms, granted the motion, though objected to; and *ordered* that plaintiff give security for costs by the second rule day in vacation, or judgment of non pros. (*a.*)

*Frame* and *Brinckloe*, for the motion.

*Cullen*, against it.

(*a*).The same was the rule and practice of the old courts; and also of Chancery.

*Buckmaster* vs. *Buckmaster et ux. ex'x.* Chancery, Kent; Aug. Term 1814.

On the affidavit of Joseph Buckmaster, one of the defendants, being filed; stating that the complainant removed out of the state soon after filing his bill; and that he had for a year and upwards, resided in the State of Ohio; the *Chancellor* granted a rule that the complainant give security for the payment of the costs by the first day of next term; or that the bill be dismissed. 2 *Strange*, 697.